# Exhibit A

# City of Columbus

### Solicitation Number:  RFQ028133

## Request for Proposals for
## Columbus and Central Ohio Shared Mobility Program

### Department of Public Service
### Capital Improvement Project No:  N/A

### Version Dated:  June 27, 2024

> ### Response Due Date and Time:
> ### August 8, 2024, 10:00 a.m. Eastern Time
>
> ### Submit Electronic Proposal Package through Bonfire at:
> ### https://columbus.bonfirehub.com/login

**CITY MBE/WBE GOAL FOR THIS PROJECT:  N/A**

**PROPOSAL PAGE LIMIT OF 25 PAGES.  SEE SECTIONS 6.5 AND 6.6 FOR DETAILS.**

**THERE HAVE BEEN MANY CHANGES TO THE RFP DOCUMENTS AND THERE ARE NEW FORMS TO COMPLETE WHEN SUBMITTING PROPOSALS.  PLEASE REVIEW ALL SECTIONS OF THE DOCUMENTS.**

**PROPOSAL SIGNATURE FORM**

**This page, signed by an officer of the offering firm or a designated agent empowered to bind that entity in a contract with the Department of Public Service, should accompany each proposal submitted for consideration.**

I, the undersigned, having carefully examined the Request for Proposals (RFP), propose to furnish services in accordance therewith as set forth in the attached proposal.

I hereby certify that, to the best of my knowledge, this submission is complete and all statements made therein are true and accurate.

I also affirm I am duly authorized to sign and submit this response on behalf of the Offeror named below.

I further acknowledge that by signing this form I am representing that, in the event this proposal is accepted, the Offeror is willing and able to execute a contract in the form shown in the RFP with no changes to the terms and conditions unless approved by the Department of Public Service, with the understanding that the scope and compensation provisions will be negotiated and included in the final contract.

By my signature below, I attest that I have read, understand and agree to the terms, conditions and requirements set forth in the RFP and associated documents.

***Failure to sign and return this form may result in the rejection of the proposal.***

**OFFEROR CONTACT INFORMATION:**

OFFEROR (Company Name): _____

ADDRESS: _____

CITY, STATE, ZIP: _____

CONTACT PERSON: _____

CONTACT PERSON PHONE: _____

CONTACT PERSON EMAIL: _____

**AUTHORIZATION TO PROPOSE:**

_____          _____
 Signature                                                                      Date

_____          _____
 Printed Name                                                                Title

**Page 3 of 63**

## LOCATION OF LEAD OFFEROR FORM

This form will be used to determine the scoring for the location of the lead offeror per Evaluation Criteria Section 7.1 of this Request for Proposal (RFP).  Failure to submit this form will result in the proposal receiving one point for the location of the lead offeror.  This form does not count toward the submission page limit for this RFP.

Location of Lead Offeror status (check only one box below):

☐ Lead Offeror meets the definition of a City of Columbus local business (has a current and fixed local occupancy and is a taxpayer in good standing) by meeting all of the following criteria (10 points):
- Owns or leases office space within the corporate limits of the City of Columbus.
- The office space is occupied and used by at least one executive officer of the business entity.
- The office space has been owned or leased by this business for no less than twenty-four consecutive months immediately prior to the due date of this RFP; or if the business has relocated within the City of Columbus during the preceding twenty-four months, it has owned or leased office space within the City of Columbus for twenty-four consecutive months immediately prior to the due date of this RFP.
- The office space is not just a Post Office box or similar mailing address; is not a moveable work site such as a construction trailer or offices at a construction job site; is not a location zoned for residential use, unless such a location is the sole office space owned and/or leased by the business entity; and is not a location rented or used by the business entity for temporary business functions such as meetings or teleconferences.
- Has filed tax returns for both net profits and payroll taxes with the City of Columbus for no less than two consecutive fiscal years preceding the due date of this RFP.
- Is current and compliant in the payment of any City of Columbus taxes on payroll and net profits; of, if not current and compliant, has entered into an agreement to pay any delinquency and is abiding by the terms of the agreement at the due date of the RFP.

☐ Lead Offeror is located within Franklin County, either not within the City's corporate limits or within the City's corporate limits does not meet all of the criteria for a City of Columbus local business as detailed above (7 points).

☐ Lead Offeror is located within one of the counties adjoining Franklin County, Ohio (5 points).

☐ Lead Offeror is located within the State of Ohio (3 points).

☐ Lead Offeror is located outside the State of Ohio (1 point).

I hereby certify that the Location of Lead Offeror status claimed above is true and accurate.  I also affirm I am duly authorized to sign and submit this information on behalf of the Offeror.


_____          _____
Signature                                                                    Date


_____          _____
Printed Name                                                            Title

## TERMS AND CONDITIONS FOR SUBMITTING PROPOSALS

**SPECIAL CONDITIONS**
Special conditions included in the specifications, if inconsistent with provisions included in this "Terms and Conditions for Submitting Proposals" section, shall take precedence over any provisions in this "Terms and Conditions for Submitting Proposals" section.

**SUBMISSION OF PROPOSAL**
Proposals must be submitted according to the information contained in the Request for Proposal form.

All proposals and other material submitted in response to this Request for Proposal (RFP) become the property of the City of Columbus. The City may choose to retain or return these materials to the offeror, at the offeror's expense.

**ACCEPTANCE AND REJECTION**
This proposal submitted by the Consultant to the City of Columbus will be accepted or rejected within a period of 180 days from proposal due date. The City reserves the right to waive technicalities and to request new proposals (rebid) for the advertised project. Each Request for Statements of Qualifications and Request for Proposals issued by the City may be cancelled and a proposal may be rejected in whole or in part when it is for good cause and in the best interests of the City.

**WITHDRAWAL OF PROPOSALS**
Consultants may withdraw their proposals at any time prior to the time specified in the advertisement as the closing time for the receipt of proposals. However, no Consultant shall withdraw or cancel a proposal for a period of 180 calendar days after said advertised closing time for the receipt of proposals.

**DEFAULT PROVISION**
In case of default by the Consultant, the City of Columbus may terminate any resultant contract and may procure the articles or services from other sources and hold the Consultant responsible for any excess costs occasioned or incurred thereby.

**SIGNATURE REQUIRED**
By submitting this response electronically, offeror is affixing an electronic signature as defined by the Ohio Uniform Transactions Act. Said signature represents that he/she has the authority to bind the entity to the terms and conditions contained herein

**APPLICABLE LAWS**
The Revised Code of the State of Ohio, the Charter of the City of Columbus, and all City ordinances insofar as they apply to the laws of competitive bidding, contracts, purchases, and wage theft prevention, are made a part hereof.

**REMEDIES**
All claims, counterclaims, disputes and other matters in question between the City, its agents and employees, and the Consultant arising out of or relating to this Contract or its breach will be decided in a court of competent jurisdiction within the County of Franklin, State of Ohio. Terms and conditions, submitted with this proposal, which are contrary to City Code or Charter shall be disregarded for the purpose of any subsequent contract.

**CONTRACT**
The Consultant to whom an award is made will be required to execute a written contract with the City of Columbus, Ohio, within seven days after receiving such contract for execution.

**TAXES**
The City, being a municipality, is tax exempt. Federal and/or State Taxes are not to be included in prices quoted. The successful Consultant will be furnished an exemption certificate if needed.

**PUBLIC RECORDS REQUESTS**
The City of Columbus, as a political subdivision of the State of Ohio, is subject to Ohio Revised Code Chapter 149, known as the Ohio Public Records Law. Consequently, the Offeror understands that ALL documents submitted in response to this RFP are considered public records and WILL be released when a public records request is made by news media, competitors, or other interested parties, in accordance with the law. If you contend that certain CLEARLY MARKED portions of your response constitute an exception to Ohio's public records law, you MUST submit your legal basis in support of that assertion with your response.

If a public records request is made for any portion of the documents that you have submitted and you have NOT clearly marked such documents as information constituting an exception to Ohio's public records law, your information will be released immediately.

If a public records request is made for such information and you HAVE clearly marked portions of your response as information constituting an exception to Ohio's public records law, AND you have submitted the legal basis supporting such claim, the City will release a redacted version of your information to the requestor and notify you that a request was made and that a redacted version of your response was released. Should the requestor indicate that the redacted version is not sufficient for their purposes, you then will be IMMEDIATELY responsible for obtaining an order from a Court of competent jurisdiction in Franklin County, Ohio, enjoining release of your clearly marked information constituting an exception to Ohio's public records law.

If a public records request is made for such information and you HAVE clearly marked portions of your response as information constituting an exception to Ohio's public records law, but you have NOT submitted the legal basis supporting such claim, the City WILL RELEASE your information to the requestor and notify you that a request was made and that your response was released.

DO NOT mark your entire response/submittal as information constituting an exception to Ohio's public records law.  If your entire response/submittal is so marked, the City of Columbus will not consider your offer.

**COSTS INCURRED FOR PROPOSAL SUBMISSIONS**
The City is not liable for any cost associated with the preparation of the proposal or any other costs incurred by any offeror prior to the execution of the Contract.  The rejection of any proposal in whole or in part, at the City's sole discretion, will not render the City liable for incurring any cost or damage.

**CONTRACT COMPLIANCE**
All consultants shall identify all sub-consultant(s) who will perform any type of contracting on City proposal(s).  All consultants shall include in their proposal response the anticipated scope of work and percentage of work that will be performed by all sub-consultant(s), along with their contract compliance number(s).

All consultants, including sub-consultants, who are party to a contract as defined in Columbus City Code 3901.01, must hold valid contract compliance certification numbers before a contract can be executed.  The consultant and all sub-consultants must have valid contract compliance certification numbers within seven business days of the City issuing a notification of intent to award the contract.  If the consultant or any subconsultants do not all have valid contract compliance certification numbers by that time, the City may rescind the contract award and award another offeror.

Go to Vendor Services to verify that vendors have a valid contract compliance number.  Vendor Services can be accessed via:
http://vendorservices.columbus.gov/

Vendor Services contact information is:
**Email: vendorservices@columbus.gov**
**Phone: 614-645-8315**

Vendors must register on the Vendor Services portal before doing business with the City of Columbus and becoming Minority or Women Business Enterprise (MBE/WBE) certified. To get registered, please visit the following link:
https://new.columbus.gov/Business-Development/Bids-Solicitations/Vendor-Resources.

After vendor registration, you will receive an email inviting you to complete the required Contract Compliance (EBO) Questionnaire. Vendors must be contract compliant in order to do business with the City of Columbus. To get compliant, please visit the following link:
https://new.columbus.gov/Business-Development/Bids-Solicitations/Vendor-Resources.

To complete our online certification application, track the status of your application and receive a copy of your certification approval letter, visit: https://columbus.diversitycompliance.com/.

For more certification information or questions, contact us at: DiversityCertifications@columbus.gov.

For additional inquiries, contact the Office of Diversity and Inclusion at:  odi@columbus.gov.

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

**REQUEST FOR PROPOSAL**

1.  **Project Information**

    1.1    Project Name: Columbus and Central Ohio Shared Mobility Program

    1.2    Project Overview & Background
    
    1.2.1    Overview
    
    The City of Columbus ("City") and regional partners invite proposals from qualified vendors to manage, operate, and expand its shared micromobility system. This procurement process is anticipated to result in the selection of one or more vendors to operate shared mobility devices within the City and select adjacent jurisdictions. The Shared Mobility Program is expected to include bike share, e-scooters, and other types of devices catering to a variety of user groups.  Proposals should include a review of operations or models for other existing systems, proposed financial models, partnerships between multiple companies, and other pertinent information that led to successful operations of a shared mobility system of a similar size and scope as this one. The City and its partners are open to a wide variety of options for the future of bike share and other forms of shared micromobility in Columbus and other Central Ohio communities.

    The City of Columbus' current micromobility program consists of two primary elements: a traditional docked bike share system (known as CoGo), which also includes hybrid/dockless e-bikes, and a Shared Mobility Device (SMD) program focused on dockless devices such as e-scooters. This procurement process seeks to establish a more coordinated system of shared mobility within the City and region with the following goals:

    - Financial sustainability, including minimization and/or elimination of operational subsidy from the City of Columbus and regional partners
    - Strategy for cost-effective expansion of the system to improve equitable access
    - Strategy to manage operational challenges surrounding device parking within the public right-of-way

    This Request for Proposals (RFP) supersedes and replaces the Request for Statement of Qualifications (RFSQ) issued on December 6, 2023 (See RFQ026574 for reference). Respondents to the RFSQ are invited to respond to this RFP and may modify proposals based on the requirements outlined herein. Any Contractor who did not respond to the RFSQ also is invited to respond to this RFP.

    Specifications of the required program components are outlined in Section 2. Scope of Services and required questions are in Section 3. Respondent Submissions and Questions. An overview of general requirements includes:
    
    1.2.1.1    A history of implementing, operating, and managing a shared micromobility program including bike share and/or e-scooters or similar devices with a good safety record in the United States, which may include any variation of dockless or docked models

1.2.1.2     A detailed financial plan proposal that is not solely reliant on Lead City or other public subsidy for program sustainability that includes program operation expenditures

1.2.1.3     An operation and/or capital asset plan for device deployment and parking that promotes public safety, protects the integrity of the public right-of-way, and ensures Americans with Disabilities Act (ADA) access

1.2.1.4     A detailed ridership expansion plan to engage and increase ridership citywide

1.2.1.5     Knowledge of local priorities and challenges specific to the Columbus and Central Ohio market

1.2.1.6     Technical support for customers by phone and email

1.2.1.7     Ongoing coordination with City staff and regional partner representatives to monitor compliance, increase ridership, and expand shared mobility in Columbus and the region

1.2.1.8     Integration with the City's and regional partners' chosen third-party data aggregator(s), 311 systems and any other integration required to manage the system

1.2.1.9     Ability to provide annual and monthly data analytics and reporting requirements

1.2.2     About the City of Columbus

Columbus is the capital and largest city in the State of Ohio and the fourteenth (14th) largest city in the United States with an estimated population of approximately 915,000. It is the core city of the Columbus, Ohio Metropolitan Statistical Area, which encompasses ten counties. Columbus is the fastest growing large city in the Midwest and one of the fastest growing large cities in the country. The City is undergoing significant urban redevelopment in the downtown and surrounding neighborhoods with the addition of new residents, retailers, and employers daily, and the City desires a shared mobility program that supports its ongoing growth.

The City of Columbus is home to a wide collection of vibrant and unique neighborhoods, entertainment districts, business centers, recreational activities, and cultural destinations. Columbus is an event driven market with significant spikes of shared mobility rider activity during its many events and festivals. The City is also home to The Ohio State University (over 60,000 students) and numerous other colleges and universities. Major sporting venues feature the Ohio State Buckeyes (NCAA Big Ten Conference), Columbus Crew (MLS), Columbus Blue Jackets (NHL), and Columbus Clippers (MLB Triple A) that collectively draw hundreds of thousands of visitors annually. Columbus is also a growing destination for regional and national conferences supported by 5,000 downtown hotel rooms. These destinations and activities represent substantial demand for shared mobility as an alternative to driving for both visitors and residents. They also present daily and event-specific challenges related to mobility device parking/sidewalk blocking and sidewalk riding, which has been an on-going concern in high-demand areas.

The City is currently engaged in a number of mobility planning and infrastructure implementation initiatives that are aligned with the goals of the shared mobility program. These include the Columbus Vision Zero Action Plan 2.0, Columbus Climate Action Plan, the LinkUS Growth and Mobility Initiative, Bike Plus Plan, and the Strategic Parking Plan 2.0. These aligned initiatives aim to improve safety, connectivity, and the overall user experience for biking, scooting and other forms of mobility in the City, including the expansion of protected bike infrastructure, creation of micromobility hubs, holistic curb lane management strategies and equitable mode shift policies.

### 1.2.3 Division of Mobility and Parking Services

The City's Shared Mobility Program is administered by the Division of Mobility and Parking Services ("Division"), a subdivision of the City of Columbus Department of Public Service ("Department"). The Division is committed to providing accessible, equitable, and predictable mobility and parking options for all residents, guests, and visitors. The Division aims to manage congestion, increase mobility options, and operate parking in a city experiencing enormous growth, while preserving the uniqueness of its neighborhoods for all to enjoy.

The Division's overall objectives include:
- Applying industry best practices to provide consistent, predictable access to all users
- Striving for innovation through testing and evaluating programs and technologies
- Providing consistent, equitable enforcement to encourage compliance through education
- Maintaining reliable parking infrastructure for the public
- Providing efficient, stress-free options when mitigating parking and mobility related matters
- Encouraging participation and engagement from the community
- Fostering a safe, positive, and equitable environment for staff and customers

## 1.3 Existing Shared Mobility Program & Project Objectives

A robust shared mobility program provides the opportunity to reduce single-occupant vehicle parking demand and vehicle miles traveled, while enhancing mobility options for customers. The success of alternative forms of transportation will have environmental, economic, and quality of life benefits for residents, employees, and visitors while also balancing the needs of other uses in the public right-of-way. The City's existing shared mobility program is described below:

### 1.3.1 CoGo Bike Share

The City of Columbus and Central Ohio region has a single dock-based bike share system, known as CoGo. CoGo was established in 2013 as a publicly-owned system, with the City owning all capital assets (bikes and docking stations). The current system includes 91 docking stations (1,317 docks), 300 classic bicycles (docking-required), and 250 e-bicycles (dockless/docking-optional). The system is currently operated through a contract with Lyft Bikes & Scooters, with the current contract period originally

authorized through July 1, 2024, and to be extended through the term of this procurement process for the purpose of ensuring continuing operation of the system.

The CoGo service area was expanded in 2019 through grant funding administered by the Mid-Ohio Regional Planning Commission (MORPC). The system expansion included the addition of stations and bikes in three adjacent municipalities – the cities of Upper Arlington, Grandview Heights, and Bexley. The regional expansion included execution of an inter-jurisdictional agreement documenting terms of ownership and system management, with the City of Columbus identified as the Lead City and system owner. A separate expansion in 2019 occurred through private investment and includes a satellite service area located at Easton Town Center. Individual stations have also been added to the system through economic development agreements between the City of Columbus and private developers.

The City of Dublin has been engaged in active planning efforts to expand the CoGo system to its jurisdiction and has elected to participate in this procurement process before proceeding. Similarly, other municipalities in the region have expressed interest in the expansion of the CoGo system into their communities, and are participating in the collaborative effort represented by this RFP. The participation of specific municipalities in the final award of contract(s) will be determined through the course of the procurement process established by this RFP.

1.3.2    Shared Mobility Device (SMD) Permit Program
The City of Columbus' current SMD program is an annually renewing permit program, managed separately from the CoGo Bike Share system. Shared Mobility Device (SMD) vendors wishing to operate e-scooters, bicycles, or other types of devices within the public right-of-way are subject to specific SMD Rules and Regulations (Appendix A). The SMD program was established in 2018 with the first introduction of rentable e-scooters to the Columbus market.

SMD vendors are required to obtain a 904 Right-of-Way Lease and a 903 Occupancy Permit to legally operate in the City. Each vendor must pay all permit fees and a per device fee of $90 on an annual basis. This permit and fee structure is intended to be replaced by one or more contracts establishing a Service Level Agreement(s). There are three (3) deployed SMD vendors actively operating within the City of Columbus. Each vendor is currently operating a fleet of dockless e-scooters, totaling over 4,000 devices permitted for deployment within the City.

The Ohio State University
The Ohio State University manages operation of shared mobility devices on campus through separate contract. There are currently no CoGo Bike Share stations located on the OSU campus; however, dockless CoGo e-bikes may be operated and parked on campus.

City of Dublin Micromobility Pilot

The City of Dublin has initiated a demonstration pilot project with Bird Rides, Inc. to test the viability of micromobility in Dublin. The Micromobility Program has shown that low-speed micromobility devices expand mobility options for the Dublin community. Ridership data shows that most Dublin riders use micromobility devices for destinations ranging from a mile to two miles away. The most recent ridership data available from Bird, January to May 2024, is shown below. The first four months of the year saw 905 unique riders take 1,532 rides for a total of 3,121 miles traveled. Demand for riding micromobility devices continues to grow in Dublin—even during the cold weather months. Bird scooters skipped hibernation during the 2023-2024 winter season for the first time due to higher ridership compared to previous years when operations typically paused from late November through April. Year over year data shows Bird scooters experienced 31 percent more rides in April 2024 compared to April 2023 and riders increased the miles traveled on Bird scooters by 59 percent during the same time period. Month over month data illustrates increases in total rides and miles traveled, up 105 percent and 162 percent, respectively.

Other Jurisdictions

Most other municipalities in Central Ohio do not currently permit the deployment of dockless shared mobility devices within their boundaries. However, many municipalities share boundaries with the City of Columbus, and some device users travel from Columbus into these communities and park devices within their boundaries. This represents demand for shared mobility service but also challenges for cities that do not have established device management programs. Some jurisdictions are considering further restrictions, such as geofencing or device impoundment to address concerns around improper parking and sidewalk clutter. However, it is the general desire of partner jurisdictions participating in this procurement process to find solutions that address parking compliance and ultimately avoid the need for impoundment or similar enforcement measures. MORPC is assisting in the facilitation of conversations with various jurisdictions about the potential to introduce shared micromobility services into their communities.

1.3.3    Existing Fleet and Trip Statistics

**Table 1: Annual City of Columbus Bike Share Usage Statistics**

| Year | # of Trips Annually | # of Miles Travelled | Avg. # of Minutes Per Trip |
|------|---------------------|----------------------|----------------------------|
| 2023 | 65,332 | 109,005 | 20 |
| 2022 | 62,175 | 79,658 | 20 |
| 2021 | 43,387 | 73,581 | 29 |
| 2020 | 50,453 | 64,030 | 17 |

**Table 2: Current SMD Vendors Deployed in City and The Ohio State University Campus**

| Vendor Name | City Deployment | OSU Deployment | Total |
|---|---|---|---|
| Bird | 1,250 e-scooters | 250 e-scooters | 1,500 e-scooters |
| Lime | 1,500 e-scooters | 250 e-scooters | 1,750 e-scooters |
| Spin | 1,500 e-scooters | 250 e-scooters | 1,750 e-scooters |

**Table 3: Annual City of Columbus\* SMD Usage Statistics**

| Year | # of Trips Annually | Average Trips Per Day | Average Miles Per Trip |
|---|---|---|---|
| 2023 | 912,215 | 2,500 | 1.00 |
| 2022 | 746,176 | 2,044 | 1.06 |
| 2021 | 913,491 | 2,503 | 0.91 |
| 2020 | 477,433 | 1,308 | 0.88 |

**\*Not inclusive of trips solely originating and ending within the Ohio State University Campus**

**Figure 1: City of Dublin Micromobility Pilot Statistics**



### 1.3.4    Data Aggregator Integration

The City of Columbus currently utilizes a third-party data aggregator, Populus, to collect shared mobility device data using the Mobility Data Specification (MDS). Some jurisdictions, such as the City of Dublin, utilize a customized application (e.g., the GoDublin app). The Ohio State University currently utilizes the Ride Report platform. All proposed solutions shall provide a real-time Application Programming Interface ("API") from which the Contractor(s) data and related metadata will be available for use by City staff to monitor real time location activity, compliance of all related rules and policies, and as an event management tool. Due to the limitations of General Bikeshare Feed Specification (GBFS) the City encourages GBFS to be a part of the proposal and an explanation of the limitations and potential solutions it offers to be included. Regional partners may utilize separate data integration platforms; the selected Contractor will be expected to integrate with the platform of choice for each partner agency utilizing the Mobility Data Specification.

### 1.4    Project Goals, Objectives and Desired Components

The City of Columbus and regional partners desire to operate a shared mobility program in a strategic, financially sustainable, and collaborative partnership to provide a positive user experience and advance broader goals related to equity, sustainability, economic development, and community livability. The aim of this project is for the bike share and the SMD programs to be seamlessly integrated with one another and will together offer a variety of shared mobility devices for access by the general public (subject to user fees), including a combination of e-bikes and e-scooters, as well as other types of devices (such as adaptive scooters or sit down scooters) that serve the needs of different user profiles.

The goal of this RFP is to solicit proposals to expand a safe and organized shared mobility program for residents, employees, and visitors while being mindful of accessibility for all users of public space. This includes targeted equity strategies to provide transportation options for residents who do not have a vehicle or who require more robust options to reduce their vehicle dependency. An enhanced program will address operational costs to run with as minimal subsidy as possible. Successful proposers will demonstrate their ability to offer creative solutions to address the partners' needs by leveraging innovative technologies and infrastructure management strategies to better integrate shared mobility into the communities' urban environment.

### 1.4.1    Program Models and Management Options

The City and regional partners are open to a wide variety of options for the future of bike share and other forms of shared micromobility in Columbus. These options include, but are not limited to:

- o  Turn-key operation of the current system and service area(s) which would include a full transition of current hardware and software (specific to CoGo bike share)
- o  Consolidation of docked system service area and/or re-distribution of current assets
- o  System upgrade with technology and/or asset replacement plan

- o Multi-vendor partnerships and/or operation of e-scooters or other device types as part of a hybrid docked/dockless system
- o Conversion to an asset-light system, which may include elimination of docked assets with a more flexible device parking approach and/or strategic placement of docked station assets as part of a primarily dockless system

1.5    Selection of Contractor(s)

The most successful proposal(s) will fulfill all objectives of this RFP. In order to minimize administrative complexity for City staff and to provide the most consistent user expectations for the general public, it is preferable to the City and regional partners to minimize the number of vendors operating in the public right-of-way for shared mobility services. However, if deemed advantageous to fulfill the partners' objectives for the bike share and SMD programs as outlined in Section 2 and Section 7, the City and regional partners reserve the right to award multiple contracts as a result of this procurement process.

If a Contractor selects Subcontractors to meet the Scope of Services defined in this RFP, the Subcontractor(s) shall also be actively engaged in the procurement process.

Throughout the Scope of Services, requirements of the Contractor(s) are delineated with the expectation that the Contractor(s) will offer the most comprehensive solution and be actively engaged with the City, regional partners, and stakeholders. The selected Contractor(s) will be responsible for the performance of its Subcontractors. It is the responsibility of the Contractor to serve as the single point of contact for all items related to the provided solution for City staff and all related stakeholders.

1.6    Term of Agreement

The City anticipates entering into a multi-year agreement with the selected Contractor(s), with a minimum term of three (3) years and optional extensions of up to an additional two (2) years.

1.7    Cross-Jurisdictional Operations & Independent Agreements

As noted above, there are cross-jurisdictional dynamics between various aspects of Columbus' current shared mobility program, including a combination of coordinated system operations and/or geographically specialized operating limitations for docked bike share and dockless devices. Any Contractor(s) selected to operate in the City of Columbus and also desiring to operate in an adjacent jurisdiction (including the Ohio State University Campus and other municipalities) may be required to enter into separate operating agreements with those entities. The intent of this RFP is to establish a service level agreement that serves as a template for the region, although other municipalities may dictate their own rules and regulations to govern operations within their boundaries. However, it is the general desire for participating jurisdictions to use the same scope and management structure as the City of Columbus.

1.8   Fair Consideration of Proposers
      Nothing in this RFP should be construed as either favoring or disqualifying any Contractor
      currently operating (or which has previously operated) within the City of Columbus, the Ohio
      State University Campus, or other Central Ohio jurisdictions from pursuing this contract and
      being considered for selection through this procurement process. Likewise, current or past
      operating experience in the City or region is not a prerequisite for selection.

1.9   References
      The following is a list of Appendices identified in this document:

      Appendix A – SMD Rules and Regulations
      Appendix B – Scioto Mile Geofence Map
      Appendix C – Short North High St Geofence Map
      Appendix D – Opportunity Area and Downtown District Maps
      Appendix E – Application for 904 Lease
      Appendix F – 2023 Bike Share Summary
      Appendix G – Docked Bike Share Map
      Appendix H – Dublin Micromobility Program Overview and Maps

1.10  Definitions
      Throughout this document, terms are defined as follows:

      311 system means the City of Columbus' citizen hotline. It is a non-emergency phone number
      that people can call to find information about services, report problems, or file complaints. The
      311 system also includes a web portal option for filing service requests.

      ADA access means the design of products, devices, services, vehicles or environments are usable
      by individuals with disabilities.

      Adaptive Mobility Device means a shared mobility device that is adapted to expand access to
      people with various physical disabilities by including two or more of the following features:
      three wheels, a seat, a basket, and/or self-balancing. Adaptive shared mobility devices must fit
      within the standard footprint of a bike rack.

      Downtown District is that area indicated on the official zoning map and bounded as follows:
      Beginning at the intersection of Interstate 70 and the western bank of the Scioto River; Thence
      northeasterly along the north/west bank of the Scioto River to the first railroad right-of-way;
      Thence northerly along said railroad right-of-way to the first intersecting railroad right-of-way;
      Thence westerly along said railroad right-of-way to the intersection of State Route 315; Thence
      northerly along State Route 315 to the northbound exit ramp to Goodale Boulevard; Thence
      following the exit ramp to the northernmost point of its arc; Thence easterly approximately 300'
      to the southbound ramp from State Route 315 to Interstate 670; Thence southeasterly along
      the ramp to Interstate 670; Thence easterly along Interstate 670 to the intersection of Interstate
      71; Thence southerly along Interstate 71 to the intersection of Interstate 70; Thence westerly
      along Interstate 70 to the place of beginning.

      City means The City of Columbus, Ohio, the agency issuing the RFP.

Contractor means any individual, partnership, corporation or joint venture potentially used by the City to perform the services described in the RFP, also referred to as Prime Contractor.

Customer means the end-user that is a resident, employee, or visitor to the Columbus area that will subscribe to the service.

Department refers to the City of Columbus Department of Public Service.

Division refers to the City of Columbus Department of Public Service, Division of Mobility and Parking Services.

GoDublin app means the City of Dublin's mobile app to find information about Dublin services, report problems or file complaints.

Mobility Hub means a single location that brings together multiple modes of transportation, such as public transit, bike share, shared mobility devices, car share and other ways for people to travel without a private vehicle.

Move Tasks means a manual or automatically generated task for an operator to physically relocate a shared mobility device. This can be prompted by a 311 request (manual) or due to a scooter being in a geography too long (automatic).

No Parking Zone means an area designated by the Department (permanently or temporarily) where Shared Mobility Devices scooter parking is not permitted. These zones will be communicated to operators via the Mobility Data Specifications data feed.

No Ride Zone means an area designated by the Department (permanently or temporarily) where Shared Mobility Devices scooter rides are not permitted. These zones will be communicated to operators via the Mobility Data Specifications data feed.

Opportunity Neighborhood or Areas means select neighborhoods that are mobility challenged and seek an increase in multi-model options to connect to places of employment, services, and businesses. Opportunity neighborhoods include North Linden, South Linden, Hilltop, Weinland Park, Franklinton, Near South/Livingston, and Near East. See Exhibit B for boundaries.

Preferred/Incentivized Parking Zone means an area designated by the Department (permanently or temporarily) where Shared Mobility Device riders are incentivized to park through in-app messaging coupled with built infrastructure. These zones will be communicated to operators via the Mobility Data Specification data feed. These zones are specifically for riders and aren't meant as operator deployment zones

Proposal means the document submitted by Proposers in response to this RFP.

Proposer means the firm or individual submitting the Proposal.

Request for Proposals (RFP) means this Request for Proposals, including any amendments or other addenda hereto.

Right-of-Way is a general term denoting land, property or the interest therein, usually in the configuration of a strip, acquired for or devoted to transportation purposes. When used in this context, right-of-way includes the roadway, shoulders or berm, ditch and slopes extending to the right-of-way limits under the control of the state or local authority.

Shared Mobility Corral means a designated zone in the public right-of-way that is delineated and designed for Shared Mobility Device parking. These can be on the sidewalk or below the curb. Shared Mobility Corrals can contain inverted U-shaped racks, protective bollards and pavement markings.

Shared Mobility Devices (SMD) means small mobility devices, such as bicycles, scooters, or other similar mobility devices as determined by the Director of Public Service, including electric versions thereof, that are offered for short term rental to subscribers on a minute, hourly, or daily basis for a fee for short distance travel.

Slow Zone means an area designated by the Department where travel speed on a Shared Mobility Devices is limited to a defined level, communicated to operators via the Mobility Data Specifications data feed.

Subcontractor refers to any individual, partnership, corporation or joint venture engaged by the Prime Contractor to perform services or provide products. All assigned Agreement services for this project will be governed by the same rules and regulations outlined in this RFP, be based on approval of the City and be the sole responsibility of the Prime Contractor.

## 2. Scope of Services

**Shared Mobility Program**
The Shared Mobility Program currently consists of CoGo Bike Share (docked and dockless) and dockless e-scooters. It provides access to safe, reliable, on demand transportation and reduces the financial burden and stress caused by single occupancy vehicles on personal mobility and the environment. This program supports the City and regional partners' desire to provide and promote a diverse selection of mobility options and first/last mile solutions. A successful program should include a combination of device types that meet the mobility needs of diverse user groups.

The following is a list of specifications and required performance plans for a shared mobility program. Successful proposers will have the ability to demonstrate and meet the specified requirements and/or may propose alternate methods of achieving desired program goals. If proposing alternate methods, proposers should provide detailed explanation of why these methods would work in the Columbus and Central Ohio market with examples from other markets.

2.1   Local presence and staffing requirements
    2.1.1   The Contractor(s) shall have an office located in the Columbus metropolitan area. A Contractor not already so located must establish a local office if awarded this Contract. This is necessary to facilitate day-to-day communications and coordination and to ensure timely responses to investigate and resolve issues.

2.1.2   Provide a detailed staffing model to include the main point of contact and organizational chart.

2.2   Coordination requirements

The Contractor(s) shall participate in monthly virtual coordination meetings during the high-ridership season (March through November) with City staff and related stakeholders through the life of the contract. Additional meetings may be requested by City staff on an as-needed basis.

2.3   Customer Service Requirements

2.3.1   Have a 24-hour customer service phone number for customers to report safety concerns, complaints or ask questions. This shall be displayed in-app, on the website and any other reasonable locations for access to customer service.

2.3.2   Resolve all SMD-related 311 service requests within 24 hours or less of the 311 being filed with the exception of ADA access or immediate safety-related infractions being met within 2 hours of reported issue between the hours of 6am-10pm. This will require the vendor(s) to be integrated into the City's 311 system and/or third-party data aggregator via an API. Any information regarding complaints or the status of service requests shall be provided to any of the participating jurisdictions within 24 hours upon their written request to the Contractor.

2.3.3   A mobile application that electronically displays:
Rates
a.   Days and hours of operation
b.   User Instructions
c.   System restrictions (e.g., no ride zones, slow zones, no parking/mandatory parking zones, etc.)

2.4   Public Safety, Access and Enforcement

2.4.1   The Contractor(s) shall comply with all provisions of City Codes, Ordinances and Regulations for the City of Columbus and all regional partner jurisdictions.

2.4.2   Require age verification and protocols to ensure all riders meet minimum age restrictions as established by participating jurisdictions.

2.4.3   Limit the amount of guests per transaction.

2.4.4   Ban riders from the program who show a consistent disregard for local rules or at the request of the City or regional partners.

2.4.5   Display in-app safety messaging including, but not limited to, sidewalk riding restrictions*, roadway speed limit-based riding restrictions*, appropriate parking and general road awareness messaging.

*Please note that the City of Dublin allows SMD riding on sidewalks while the City of Columbus does not. Likewise, the City of Dublin restricts SMD use on roadways with a speed limit higher than 25 mph while the City of Columbus does not have this restriction. Similarly, some cities allow bicycle riding on sidewalks while the City of Columbus restricts riding to shared use paths and on-street bicycle facilities. As part this procurement effort, it is the intent of the City of Columbus and participating

jurisdictions to work to resolve conflicting rules and regulations to the greatest extent possible in order to standardize contractor operations and simplify the user experience.

2.4.6    The Contractor(s) will have the ability to implement an automated fine structure for user-based violations of rules and regulations.

2.4.7    The Contractor(s) should have a thorough approach to protecting pedestrian and ADA accessibility in the public right-of-way. The enforcement approach should clearly define the staffing commitment and procedures to resolve resident complaints, 311 service requests, and City-identified compliance issues in a timely manner. Successful respondents will propose systems that proactively encourage user compliance and deter infractions.

2.4.8    The Contractor(s) should have routine maintenance procedures to keep each device in a clean, presentable, and safe condition.

2.5    SMD Fleet Requirements

2.5.1    Fleet requirements for bikes and other devices should meet minimum standards set forth within the Consumer Product Safety Commission, and the North American Bikeshare and Scootershare Association.

2.5.2    Refer to Appendix – A SMD Rules and Regulations for additional specific requirements.

2.5.3    A percentage of bike share fleet must include dockless e-bikes.

2.5.4    A percentage of e-scooter fleet must include adaptive or sit-down devices.

2.6    Distribution/Deployment

2.6.1    Each participating jurisdiction may require geographic-based deployment zones. Within the City of Columbus, a minimum 20% of the fleet shall be distributed daily to City-designated Opportunity Areas and a maximum 30% of the fleet shall be distributed daily to the Downtown District. (These percentages are based on current City of Columbus SMD Rules and Regulations and may be subject to change based on future performance goals).

2.6.2    The Contractor(s) should have the ability to accommodate special event operations to allow riders to park upon arrival and access devices upon departure of the event as a complement to other modes of transportation.

2.6.4    The Contractor(s) should have the ability to use demand management when developing a deployment strategy.

2.7    Geofence Technology

2.7.1    The Contractor(s) should have the ability to utilize geofence technology to manage the fleet based on city request. Technology may include, but is not limited to no-ride zones, slow zones, mandatory parking/no parking zones and any variation of these.

2.7.2    Comply with all existing geofence restrictions in place at the time of issuance of this RFP. This may include restrictions on private property as requested by third parties, in addition to City-designated restrictions.

2.7.3    Comply with all future City designated no-ride zones, slow zones, mandatory parking/no parking zones and any variation of these within seven (7) days of from request City or regional partners.

2.7.4　Provide an in-app explanation of geofencing to users prior to starting a ride.

2.7.5　Have protocols to ensure a consistent user experience and user compliance with geofence restrictions.

2.7.6　Use geofence technology and/or other technology integrations to deter or restrict users from inappropriate rider behavior, as defined by the rules and regulations of the participating jurisdictions.

2.7.7　Have the ability to implement geography-based discounts or other promotions to incentivize ridership in targeted areas.

2.7.8　Have the ability to issue automatic fines to users based on rider non-compliance with geofence restrictions.

2.8　Technology and Expansion Plan

2.8.1　Provide specification sheet with any upcoming product advancements within a defined timeframe.

2.8.2　Performance metrics, criteria and phasing plans for periodic fleet increases and/or service area expansions. Fleet expansions will be subject to approval by the City and regional partners on a mutually agreed schedule.

2.8.3　Proposers are encouraged to provide customers with multi-platform options for device rental, such as third-party trip-planning apps (e.g., Transit App, Google Maps, Apple Maps, etc.).

2.8.4　Transit-integration technologies such as fare integration, trip planning and reservations, etc.

2.9　Equitable Access Plan

Proposers shall submit an equitable access plan to ensure residents who would most benefit from improved mobility options can rely on consistent, predictable, and affordable access to the shared mobility system. Plan components should include:

2.9.1　Customer support for alternate languages prevalent in the Central Ohio market

2.9.2　Payment programs for non-smartphone users

2.9.3　Deployment-compliance protocols to ensure opportunity area distribution targets are consistently met

2.9.4　Ridership expansion strategies for opportunity neighborhoods and other communities of interest

2.9.5　Transit integration and first mile/last mile deployment strategies

2.9.6　Strategies to increase accessibility for elderly and disabled populations. Examples include on-demand adaptive/seated scooter program, tricycles, accessible design features for smartphone application user interface, and protocols to prevent sidewalk blocking and ADA ramp blocking (See Section 2.4.7)

2.9.7　The ability to offer programs and strategies to increase affordability and accessibility for low-income riders. Examples include low-income memberships, opportunity area geofenced price reduction, employer partnerships and commuter benefits programs, destination-based discounts (e.g., healthcare destinations, voting locations, and grocery stores), etc.

2.9.8　Other creative equity-based incentives and industry best practices are encouraged

2.10   SMD Parking Management Plan

The Proposer shall work collaboratively with the City and regional partners to identify feasible locations for establishing designated parking locations and facilities. If multiple vendors are selected, it is the City and regional partners' desire for parking solutions to be co-located for user convenience; however, vendor-specific or proprietary infrastructure and technologies may be proposed as part of a coordinated mobility hub design. The primary objective is to establish safe, orderly and consistent parking behavior by riders, and to eliminate instances of sidewalk blocking and ADA ramp blocking. Plan components should include:

2.10.1   Parking solutions may include a combination of physical docking or dock-like infrastructure, bike/device racks, device charging infrastructure, pavement markings, signage, geofencing, device-enabled technologies, or a combination of strategies. Cost-effective and scalable solutions are desired. Proposals are not expected to identify specific locations for parking hubs, but rather to provide a clear approach for how the vendor will manage its parking needs and how it proposes to collaborate with the City and regional partners to identify and prioritize locations for implementation.

2.10.2   Parking and mobility hub locations may also be considered as opportunities for creative placemaking, public art, and potentially for promotional materials or advertising (e.g., kiosk panels), subject to approval by the City and regional partners. Solutions involving promotional or advertising components should factor revenue sharing as a means to fund the parking program. Note that some participating jurisdictions may not allow advertising in the public right-of-way.

2.10.3   Successful proposals will include a financial structure (See also Section 2.12) that funds the design, permitting, installation and maintenance of parking infrastructure at minimal to no direct cost to the City and regional partners. However, the City and partners do anticipate the collaborative participation of staff in the planning, design and approval of parking infrastructure, and may elect to financially contribute to mobility hub designs where additional amenities are desired.

2.10.4   Proposals may include scenarios, phasing plans, key performance indicators, or other documented assumptions to demonstrate the financial feasibility of the proposed parking strategy. This may include necessary levels of system ridership, fleet size, trip statistics, the vendor's assessment of minimum viable market share of the program, number of hubs/corrals, or other considerations that would inform scalability and efficacy of the parking management plan.

2.11   Marketing and Community Engagement Plan

Proposers shall describe their approach to marketing and community engagement, including at minimum the following types of activities. Creative and collaborative engagement strategies are encouraged.

2.11.1   Detailed public outreach/education campaign that will be included with strategies to reach diverse and inclusive audiences

2.11.2   Participation in community engagement events organized by others

2.11.3   Plan to engage opportunity neighborhood groups or Area Commissions and plans to increase ridership in these neighborhoods

2.11.4   Engagement strategy with the regional transit agency and transit rider groups

2.11.5   The ability to attend public meetings with City staff to answer questions about the program

2.11.6 Deployment of an annual rider survey developed with City input and strategy to increase response rate

2.11.7 Engagement with City-designated stakeholder focus groups, including ADA interest groups

2.11.8 Participation in City-sponsored mobility planning and engagement efforts

2.11.9 In-Kind support and cost-free or cost-subsidized provision of devices for City-sponsored events, such as demonstration rides, local conferences, and other promotional activities

2.12 Financial Model

Proposers shall submit a financial plan demonstrating the viability of the proposed SMD program and ability to fund requested program components as outlined in this RFP, including:

2.12.1 Proposed pricing structure for subscriptions and per-trip fees for the Columbus market

2.12.2 Proposed fine structure for user violations and associated escalation schedule

2.12.3 Proposed approach for rate adjustments including if the proposer anticipates using dynamic/demand-pricing and the associated criteria for variable pricing

2.12.4 Proposed level of financial commitment toward implementation of physical infrastructure assets. Proposers are also encouraged to provide revenue sharing and/or financial contribution models that could be leveraged toward the implementation of other forms of enhanced mobility infrastructure which can include device fees paid to the City and regional partners specifically earmarked for shared mobility or micromobility parking solutions.

2.12.6 The City and regional partners may also elect to establish maximum rate caps and/or rate increase caps in order to ensure affordability and equitable access. The Contractor(s) should be prepared to provide documentation of comparative market benchmarks or other relevant financial performance metrics on an annual or as needed basis to justify rate adjustment requests. Precise terms will be negotiated as part of the contract approval.

2.13 Reporting Requirements

2.13.1 Monthly Reporting Requirements. See SMD Rules and Regulations, Appendix A, for City of Columbus reporting requirements. This may be provided through direct reporting and/or shall be made readily available through a specified third party data aggregator via the Mobility Data Specification (MDS). As part of this procurement process, the City may amend its SMD Rules and Regulations to best support the shared mobility system as a whole. The selected Contractor(s) will be asked to participate in this process.

2.13.2 Annual Reporting Requirements. The Contractor will develop an annual report that includes quarterly summaries on programs, data, key performance indicators and equity stakeholder feedback on the Contractor's equity programming. This report will be made available through an annual presentation to the City, regional partners, and other stakeholders for feedback as compliance under the contract. An annually conducted survey focused on mode shift and user ridership behavior will also be required.

2.14 Sustainability Commitments

Proposers shall demonstrate how their products, programs and operating procedures will positively contribute to the City and regional partners' sustainability goals. Examples include:

2.14.1 Documentation of reduction in single occupant vehicle miles traveled ("VMT") for the City and region, and development of VMT reduction targets as part of system expansion plans

2.14.2 The ability to provide carbon neutrality strategies and reducing VMT during daily operations, including methods of device deployment/redistribution and field monitoring

2.14.3 Battery lifecycle and/or renewable sources for charging batteries/devices

2.14.4 Percentage of products coming from renewable sourcing

2.14.5 Sustainable design features associated with parking facilities

2.14.6 Other innovative sustainability strategies are encouraged

## 3. Required Submittal Responses

As part the response to the above specifications and expected performance plans, submittals should address the questions below to the extent applicable to the Contractor's proposed fleet and operating model.

3.1 What services and components would your company provide to operate a docked bike sharing system? If your company would not provide a comprehensive turn-key service, please specify which service your company would provide directly, and the services that would need to be subcontracted.

3.2 In Section 1.3, the existing conditions of shared mobility are defined for the City of Columbus and Central Ohio. How would your company approach taking over the operations of the existing shared mobility system without significant disruption to service?

3.3 Do you anticipate that there will be direct costs to the City or other regional partners associated with your company launching operations?

3.4 Please describe how your company or team would operate and maintain a shared mobility system in both urban and suburban environments?

3.5 How would your company approach reducing or eliminating the operational costs paid by the Lead City and/or partner communities toward the bike share system?

3.6 How would your company approach integrating payment systems with a transit organization?

3.7 What pricing structures are feasible for sustainable operation of the system, such as subscriptions, per ride, per minute, etc., including discounts for low-income riders?

3.8 What strategy has your company or team employed to increase ridership of a shared mobility system across a region, including expansion into multiple jurisdictions?

3.9 How would your company ensure equitable access under your proposed operating model?

3.10 What environmentally sustainable business practices would your company employ for the Columbus and Central Ohio shared mobility system?

3.11 What approach would your company employ in regards to transparent data sharing of financial and system performance with the City and regional partners?

3.12 Does your company propose to retain the CoGo bike share system brand, or to eliminate it in favor of your company's corporate brand or a third-party branded sponsorship?

**4. Project Schedule**

| | |
|---|---|
| Deadline for Questions: | July 29, 2024 |
| Proposals Due: | August 8, 2024 |
| Oral Interviews/Demonstrations: | Week of August 26, 2024 |
| Vendor Selected: | On or about September 9, 2024 |
| City Council Legislation: | October 2024 |
| Notice to Proceed: | December 2024 |

**5. Preproposal Meeting:** None

**6. Proposal Submittal Instructions**

6.1 **Proposals will be received electronically, via Bonfire, by the City until 10:00 A.M. Local Time on the due date.** Only proposals received via Bonfire prior to the due date and time and will be reviewed and considered for contract award. Proposals should not be able to be submitted via Bonfire after the due date and time. If any proposals should be received after this date and time, they will be rejected by the City. Proposals sent or delivered to the City using any other method will not be reviewed.

To submit a proposal via Bonfire, go to: https://columbus.bonfirehub.com/login

Note:  The Bonfire link listed above for submitting proposals is not a help link.  See Section 6.2.3 for help with submitting a proposal through Bonfire.  See Section 6.3 for information concerning submitting a question concerning this Request for Proposal.

6.2 Electronic Submittals

6.2.1 Proposals shall be submitted as a PDF document. Please do not embed any documents within the uploaded file as such documents will not be accessible or evaluated. Proposals must be uploaded, submitted, and finalized prior to the due date.

6.2.2 Notes Regarding Submissions

6.2.2.1 Proposals will only be visible and accessible to the Department or evaluators after the due date and time.

6.2.2.2 Uploading large documents may take significant time, depending on the size of the file(s) and Offerors' Internet connection speed.

6.2.2.3 **Offerors are solely responsible for ensuring their proposals have been successfully uploaded and received by Bonfire before the Closing Time specified in the RFP.** Technical problems uploading a submission, or longer than expected upload times, causing a response to miss the due date and time will not be considered valid reasons for accepting a late response.

6.2.2.4 The City cannot see any uploads in Bonfire prior to the Closing Time specified in the RFP. The City is unable to tell you if your upload was successful until after the Closing Time specified in the RFP.

6.2.2.5   Minimum system requirements:
- Use a browser supported by Bonfire: Internet Explorer 11, Microsoft Edge, Google Chrome, or Mozilla Firefox.
- JavaScript and browser cookies must be enabled.

These minimum requirements are in place to ensure a secure and stable submission process. If you have a question about system requirements, contact Bonfire per the contact information in Section 6.2.3 of this document.

6.2.3   Bonfire Technical Help
The City of Columbus is using a Bonfire portal for accepting and evaluating proposals digitally. Offerors must contact Bonfire for technical help related to submissions at:
- https://columbus.bonfirehub.com/portal/support
- or Support@GoBonfire.com
- or 1-800-354-8010 (extension 2)

6.3   Questions Concerning the Request for Proposal Information
The deadline for question submittal for this RFP is July 29, 2024, as stated in Section 4.

Direct questions via e-mail only to: capitalprojects@columbus.gov.

The subject line should reference the name of the project: **Columbus Shared Mobility Program Request for Proposals.**

In order to receive consideration, questions must be received by the "deadline for question submittal for this RFP" listed above. Any interpretations of questions so raised, which in the opinion of the City or its representative require interpretations, will be issued by addenda posted on the Bonfire website. A notice stating addenda was posted on Bonfire will also be posted on the City's Vendor Services website. The City or its representative will not be bound by any oral interpretations which are not reduced to writing and included in the addenda.

No contact regarding an RFP is to be made with the City after the RFP has been posted other than through the generic e-mail listed in this section, or in response to an email from the City sent following up on a question submitted to the generic e-mail address. Making contact with anyone else regarding this RFP after it has been issued, and prior to the due date and time, may result in the disqualification of any proposal submitted by the company of the person that made the contact.

For technical questions regarding submissions/Bonfire, see Section 6.2.3.

6.4   Evaluation
Proposals will be evaluated based on the evaluation criteria listed in Section 7 below and in accordance with Columbus City Code, Title 3, Chapter 329.

6.5     Proposal Page Limit and Page Format

6.5.1     Proposals may not exceed a total of twenty-five (25) letter-size (8.5" x 11") pages and shall include the information specified in 6.6.3. A "page" is one side of a sheet of 8.5" x 11" paper with text, graphics, etc. If only one side of a sheet of paper has text, graphics, etc., then that is counted as one page. If both sides of a sheet of paper have text, that is counted as two pages. Proposals exceeding the twenty-five (25) page limit may be rejected.

6.5.2     The Proposal Signature Form and the Location of Lead Offeror form are required forms. Those documents shall be signed by a person authorized to obligate the Offeror's firm and be uploaded to Bonfire as separate documents.

6.5.3     Page numbers are desired and requested to be centered at the bottom of each page. The page numbering is to start with the first page of the Proposal Content (Section 6.6 below).

6.5.4     Font size should be 12 point. A font type of Times New Roman or Arial is preferred but any font type can be used. The purpose of this standard font size is for all proposals to have roughly the same amount of space for their response, giving each Offeror an equal opportunity to present their ideas and information, while staying within a 25-page limit. Offerors not following this criteria may be reformatted by Public Service to meet this standard. Reformatted proposals that exceed the 25-page limit may be rejected per 6.5.1.

6.5.5     Cover letters are not required. If submitted, a cover letter **will count against** the page limit of the proposal.

6.5.6     Unless listed as an exception in Section 6.5.7, appendices or additional information in any form (even if the information is uploaded into Bonfire as an additional document) will be counted against the page limit.

6.5.7     Pages that will not count against the page limit are:
- Proposal Signature Form
- Location of Lead Offeror Form
- Documents uploaded to verify other prequalification requirements
- Section tab dividers (unless they contain text other than that necessary to identify the section)
- Title pages (unless they contain more information than just titles)
- ODI required documentation
- Up to a minimum of five (5) pages of appendix material for technical specifications

6.6    Proposal Content

    6.6.1    The purpose of this section is to standardize the information received and the order in which it is presented, aiding the evaluation committee in reviewing and scoring proposals by preventing them from having to hunt for information scattered throughout a proposal. Following this format also helps the Offeror as it minimizes the chance that required information, or information critical to scoring of the proposal, will be overlooked.

    6.6.2    Provide the information requested in response to this RFP **in the order outlined below.** The Department of Public Service may reject any proposal that does not provide the information in the order stated below.

    6.6.3    No more than twenty-five (25) pages of the proposal should be dedicated to the information below, organizing the required information using the headings provided below. These elements correspond to the evaluation criteria noted in Section 7. **Note that page breaks are not required between sections.**

**Section A. Anticipated Project Team**

Identify the Project Team, including sub-consultants if applicable, along with the address of each team member's office. Also include the System for Award Management (SAM) Unique Entity ID (if registered) or CAGE Code, City of Columbus contract compliance certification number, the City certification business type, and the contract compliance expiration date for each firm.

Replicate the table below in your proposal, providing the requested information for each firm on your team.

| Project Team | | | | | | |
|---|---|---|---|---|---|---|
| Firm Name | Full Address of Firm | CAGE Number or SAM Unique Entity ID | City Contract Compliance | Current City Certification Type (MAJ, MBE, WBE, etc.) | Contract Compliance Expiration Date | % of Contract Dollars |

Immediately beneath the table state the following:
- Number of Columbus based employees for the Lead Consultant.
- Number of employees company-wide for the Lead Consultant. (State this second number even if the number is the same as the number of Columbus based employees.)

Include an organizational chart showing key individuals that are assigned to the project along with resumes of the Project Manager and key Project Team members' containing professional information relevant to the project.

Project Manager. Present the education, experience, and availability of the Project Manager. Availability shall be indicated as hours per week on average.

Project Team. Present the education, experience, and availability of the key team members. Availability shall be indicated as hours per week on average. Also include what the various firms will be assisting with on the project.

Address topics discussed in Sections 7.1 and 7.2

**Section B. Relevant Experience and Past Performance**
Present the company's experience and past performance operating in other markets relevant to the City of Columbus and Central Ohio. Information should include the relevant experience of the proposed Project Manager and key Project Team Members. For each example project/program identified include: City and/or Administrative Agency, their primary point of contact and current contact information, relevant team member(s) involved, Date of initial deployment/years of operation, Size of fleet and ridership statistics, and device types in operation. Include a brief narrative description or outline of program characteristics and key performance indicators relevant to the requirements of this RFP. Please indicate if the deployment is operated through a permit program or as the result of a competitive procurement process/contract award. Programs with greater relevancy to this project will be given greater consideration.

Address topics discussed in Section 7.3

**Section C. Understanding of the Project/Project Approach**
Describe the project approach for the proposed services including an implementation strategy, staffing plan and how the City and regional partners will be supported to ensure a seamless transition to the proposed fleet deployment. Project approach shall include the following:

- Proposed project schedule with key milestones based upon a contract start date of January 1, 2025.
- Proposed program model (see Section 1.4.1 Program Models and Management Options).
- Lessons learned from other similar projects and implementation processes.
- Staffing plan and organizational chart that identifies the primary personnel and staff resources that will support the City and regional partners through implementation and ongoing operation.
- Identification of the project manager who will be the primary point of contact for the duration of the project through implementation and ongoing operations.
- Demonstration of ability to meet all technical requirements, including system and fleet requirements as outlined in the Scope of Services of this RFP and/or any proposed alternative approaches to specific requirements.
- Approach to implementing requested performance and implementation plans as outlined in the Scope of Services, including proposed approach to enforcement, customer service, marketing and community engagement, technology and expansion, equitable access plan, parking management plan, financial model, and sustainability commitments.

Address topics discussed in Section 7.4

**7.   Evaluation Criteria**

7.1    Project Team: Qualification and Experience (Maximum 10 points)

Project team members will be evaluated according to their experience with similar projects and technical experience managing shared mobility programs. Teams with the most relevant experience with this type of project will receive more points. It is important to understand the team's staffing model, capabilities and experience. Proposals should provide a commitment to establishing a local presence or office if not already established. Proposals that include creative partnerships to create a stronger, better qualified Project Team also will receive more points (Section 2.1).

7.2    Project Manager (Maximum 10 points)

Points will be awarded based on the experience and availability of the proposed Project Manager. An example of the preferred Project Manager is someone with many years of experience in the type of work that is to be performed on the project with a demonstrated history of managing projects, leading a team of professionals and communicating with concerned citizens or groups. The proposed Project Manager will be evaluated according to the following criteria:

7.2.1    Relevant Experience – experience relevant to the type of project advertised in this RFP. Projects cited should be adequately described to enable an evaluation committee member to determine the project scope, size, and complexity.

7.2.2    Overall Experience – years practicing in the shared mobility field, number of years with the lead contractor, and number of years of experience with the type of work required by the project.

7.2.3    Communications Experience – experience working with citizens, neighborhood groups, and City departments. Specific examples should be given.

7.2.4    Financially Responsible Expansion Experience – experience expanding shared mobility programs in a financially sustainable manner while minimizing the financial burden on the host city.

7.3    Past Performance (Maximum 10 points)

The Contractor should describe the proposed Project Manager's and key staff's past performance on similar projects, as well as the demonstrated operational performance of the Contractor's fleets and programs in other cities. Scores will be based on quality of work, ability to meet deadlines, previous communication history, organizational skills and experience managing fleets in dense urban environments, in university campus settings and crossing jurisdictional boundaries seamlessly. More points will be given to teams with successful experience managing fleets and implementing program characteristics with the most relevancy to the Columbus market and the objectives identified by the City and regional partners in this RFP.

7.4   Understanding of Project/Project Approach (Maximum 70 points)

The Contractor should demonstrate a thorough understanding of the project and how the Contractor's entire team will successfully execute the project. The score will be based on the completeness of the responses. The Consultant should make a clear presentation of how the project team is organized, their understanding of the project requirements including the challenges and areas of risk, and a detailed plan for execution.

Specifically, the Consultant's proposal should contain a narrative description tailored to the project, describing staff assignments, fleet characteristics, technologies and performance management plans necessary to fulfill the City's objectives for its shared mobility program. The proposal should identify unique characteristics of the project and the challenges those elements present as well as options to overcome those challenges. The Contractor is encouraged to demonstrate its approach by referencing examples of program elements implemented in other cities, but should be clear about which features are specifically being proposed for Columbus and Central Ohio.

Increased value is placed on innovative concepts that will lead to a more successful program implementation and provide the greatest benefits to the City, partner jurisdictions, and the general public. These concepts should be well conceived, clearly defined, and demonstrate a thorough understanding of the City and regional partners' needs and industry best practices.

The project approach should: clearly articulate the team's capability to fulfill the City's objectives for its shared mobility program; demonstrate adherence to the technical requirements outlined in this RFP; and provide sufficient level of detail about how the Contractor will implement the performance plans and achieve the operational standards as outlined in the Scope of Services. Points will be awarded based on the thoroughness, completeness and best fit with the City and partners' objectives within the following subcategories:

7.4.1   Shared Mobility Fleet and Requirements (20 points)

The Proposer should offer a diverse range of device types and/or device feature variations that provides a safe, equitable and accessible shared mobility program. Proposals should be consistent with the technical shared mobility fleet requirements of this RFP, and include detailed information related to the technologies proposed to be utilized to manage the fleet. The approach should also describe how the Contractor will undertake development of a strategic deployment plan as requested in the scope of services. Proposals including a variety of device types and/or innovative device features, designs, and technologies will receive more points.

7.4.2   Parking Management, Safety and Enforcement (15 points)

The Proposer should demonstrate a clear ability and commitment to addressing the City's concerns with shared mobility parking and user compliance, including specific implementable solutions to avoid sidewalk and ADA ramp blocking, device tipping, and cluttering of the public right-of-way, sidewalk riding and unsafe rider behavior. Proposals will be evaluated based on the consultant's demonstrated experience and success in addressing these issues in other cities. Proposals should include a narrative description of approach as well as visual examples of proposed parking solutions, consistent with the objectives and requirements outlined in the Scope of Services. Innovative, cost-effective and scalable parking solutions will receive more points.

Proposals with clear mechanisms for enforcement and approaches based on tested models of user compliance in other markets will receive more points.

7.4.3    <u>Proposed Financial Model (15 points)</u>

The Proposer should describe a proposed financial model that meets the needs of the City and regional partners and that will realize concrete public benefits for the Columbus and Central Ohio community. Proposals should outline the Contractor's proposed approach to funding shared mobility parking or docking solutions, related shared mobility infrastructure and general administration of the shared mobility program. Proposals should provide a sufficient level of detail and rationale to ensure confidence in the viability of the financial model, and the plan's ability to support the various performance expectations of this RFP. Proposals providing a high level of value to the City and region will receive more points.

7.4.4    <u>Customer Service, Marketing and Community Engagement (10 points)</u>

The Contractor should demonstrate a high level of commitment to customer service. Teams should demonstrate an ability and commitment to provide all requested data and to integrate with the City's third-party systems, including its 311 customer service system, as well as necessary staffing and resource commitments to expeditiously resolve issues and complaints from both shared mobility users and from members of the public. Proposals should demonstrate the Contractor's ability to communicate with system users through various means, virtually and physically. Approaches that propose innovative and strategic partnerships and/or communication programs with community groups, business organizations, and key stakeholder interests will receive more points.

7.4.5    <u>Sustainability Commitments and Environmental Considerations (5 points)</u>

The Contractor should demonstrate a commitment to helping the City and regional partners reduce Greenhouse Gas (GHG) emissions and to achieve the goals of the Columbus Climate Action Plan. Proposals that demonstrate a carbon reduction strategy for the Contractor's operations as a whole will receive more points. Use of innovative technologies, product designs, public engagement strategies emphasizing mode shift, and fleet management strategies to achieve sustainability objectives will receive more points.

7.4.6    <u>Equitable Access Plan (5 points)</u>

The Contractor should demonstrate a clear commitment to advancing equitable access to mobility in the proposed approach. Successful approaches will include innovative programs and strategies to increase affordability and accessibility for low-income riders, elderly and disabled populations, and other communities experiencing mobility and transportation challenges. Programs with strong transit integration strategies and which emphasize affordable and reliable access to employment will receive more points.

8. **Incentive Credit**

City certified MBE/WBE firms that submit a proposal may be eligible to receive an incentive credit of 5% of the maximum evaluation points for this RFP. To be eligible for the incentive credit the firm must:

- Be the prime consultant.
- Be certified by the City's Office of Diversity and Inclusion (ODI) as an MBE/WBE capable of providing the type of professional services sought by the City at the proposal due date.
- Be a member of the ethnic and gender groups determined by the City's 2019 Disparity Study to have a statistically significant disparity in the awarding of City professional services contracts. (The eligible groups for Professional Services RFP's are African Americans, Hispanic Americans, and Females.)
- Submit a completed FORM B13 (Bid Discount / Proposal Incentive Credit Request Form) with the proposal.

FORM B13 is to be submitted as a PDF document and uploaded into Bonfire separate from all other proposal documents.

- This PDF document is to be named "FORM B13".
- The document formatting requirements of the RFP (such as font type) will not apply to this document.
- This document will not apply to the proposal page limitation as long as it is limited to information requested on the form.

ODI will review the request and determine if the offeror is eligible to receive the incentive credit. If ODI approves the request, the offeror's evaluation score will be increased by 5% of the maximum possible evaluation points. (The score will be increased by 5 points if the maximum points are 100. This could result in some proposals scoring higher than 100 points.)

A copy of FORM B13 should have been included as one of the RFP documents and posted on Bonfire. A copy of the form is also available at:
https://www.columbus.gov/publicservice/Design-and-Construction/document-library/Consultant-Selection/

**8. Selection Process**

The Department of Public Service will appoint an Evaluation Committee (Committee) to evaluate proposals received. The Committee will be composed of at least three voting members. Voting members include staff from the Department of Public Service and may include staff from other City departments and/or representatives from other partner jurisdictions or organizations as appropriate.

A certified MBE/WBE offeror's proposal may include a request for an incentive credit equal to five percent of the maximum possible evaluation points to be applied to the MBE/WBE offeror's final score. The Office of Diversity and Inclusion will review the request and approve its application if the offeror is a certified MBE/WBE at the time the RFP was received by the City.

The Committee will evaluate all offerors and proposals received and rank the offerors based upon the evaluation criteria specified in the RFP. The Committee may select two or more of the highest qualified offerors with which to hold additional discussions, including but not limited to a required on-site presentation and product demonstration. Offerors not selected for further discussions may be excluded from further consideration for the contract upon notification by the Committee or city agency. The discussions may include, but are not limited to, presentations by the offerors to the Committee to elaborate upon their qualifications, proposals, and/or other pertinent information. The Committee may permit revisions of proposals so long as all offerors who are selected for additional discussions are given equal opportunity to revise their proposals.

Based upon the content of the proposals received including any revisions thereto, and upon any additional discussions with the offerors, the Committee will rank the remaining offerors based upon the evaluation criteria specified in the RFP. If an incentive credit was approved for a certified MBE/WBE offeror, it will also be applied to this ranking.

The Committee will submit its ranking of the offerors along with a written explanation to the Director of Public Service. The Director has discretion consistent with appropriate departmental and/or citywide administrative rules in selecting the offeror with which to enter into contract negotiations. The department will enter into contract negotiations with the selected offeror to determine the terms and conditions of the contract, including compensation to be paid by the City. If negotiations fail, negotiations with this offeror will be terminated, and the department may enter into contract negotiations with another offeror as selected by the Director. This process may continue until a contract is successfully negotiated.

Columbus City Council must approve the contract via a legislative request submitted by the Department of Public Service before a contract can be executed.

Per City Code Section 329.11 (Issuance of addenda – Cancellation of invitation for bids, requests for statements of qualifications, and requests for proposals), the Director of Finance and Management (or designee) or the Department of Public Service may issue addenda to cancel any invitation for bids, request for statements of qualifications, and/or requests for proposals, and may reject any or all bids or proposals in whole or in part when it is in the best interests of the City and participating regional partners.

As described in Section 1.7 of this RFP, any Contractor(s) selected to operate in the City of Columbus and also desiring to operate in an adjacent jurisdiction (including the Ohio State University Campus and other municipalities) may be required to enter into separate operating agreements with those entities, subject to their own procurement and contracting processes.



THE CITY OF
**COLUMBUS**
ANDREW J. GINTHER, MAYOR

OFFICE OF DIVERSITY
AND INCLUSION

## Bid Discount /Proposal Incentive Request Form

This Bid Discount/Proposal Incentive Request Form must be included with the bid and proposal and submitted no later than the bid or proposal due date. Please complete the sections that apply.

The Minority Business Enterprise (MBE) and Woman-Owned Business Enterprise (WBE) Programs provide a bid discount and proposal incentive points to eligible businesses seeking to bid on City of Columbus contracts as prime contractors/prime consultants. To be eligible for either the bid discount or the proposal incentive credits, the prime contractor must be certified with the Office of Diversity and Inclusion in the necessary work classification at the time the submittal is due.

**The Proposal Incentive points apply to professional service solicitations/contracts**. For these contracts, the prime contractor's ethnicity and gender are part of the evaluation criteria. A prime contractor that is a minority-owned or a woman-owned business certified with the Office of Diversity and Inclusion in the relevant field of work is assigned 5 percentage points during the evaluation process. The Proposal Incentive points are used in scoring the proposals and ranking the submittals.

**The Bid Discount applies to construction and goods and services contracts when the award is based on low bid,** and the prime contractor is a minority or woman-owned business or a minority or woman-owned joint venture certified with the Office of Diversity and Inclusion in the relevant work classification. The Bid Discount is 5% for construction and goods and services bids, not to exceed $50,000 on a single bid. The Bid Discount allows an original bid amount to be discounted by 5% for purposes of evaluating and determining the lowest responsive bid. The original bid amount is the basis for the contract award. For example, a $100,000 bid with a 5% Bid Discount is evaluated at $95,000. However, $100,000 would be paid if the bidder eligible for the discount was the successful bidder.

For additional information about the Minority and Woman-Owned Business Enterprise Program, please visit the Office of Diversity and Inclusion's website.

*(Please Attach Copy of Current MBE/WBE Certification Approval Letter)*

| CERTIFICATION OF AFFIDAVIT | | |
|---|---|---|
| The information provided is true and complete to the best of my knowledge and belief. I further understand and agree that this certification shall become a part of my contract with the Columbus of Columbus | | |
| Bid Name: | Bid Number: | Bid Opening Date: |
| Contracting Department: | Bid/Project Manager Name (as listed in bid documents): | |
| Certified Prime Contractor/Consultant Authorized Signature & Date: X | Printed name of the authorized signatory: X | Business Name: |
| Office of Diversity and Inclusion Staff Authorized Signature Only | | |
| Office of Diversity and Inclusion Official Authorized Designee Signature: X | Date: | **Approved      Not Approved** |

