# Exhibit B

**KELLY B. SCOCCO**
Director



SENT VIA ELECTRONIC MAIL

November 13, 2024

John Lankford
Sr. Director
Pheenix USH, LLC dba Spin
548 Market Street
PMB 64073
San Francisco, CA 94104
john.lankford@spin.pm

RE:     Project Name:  Columbus and Central Ohio Shared Mobility Program

Dear Mr. Lankford:

The Department of Public Service has completed the selection process for professional services for the Columbus and Central Ohio Shared Mobility Program contract (solicitation number RFQ028518).

It is our objective to select the most qualified firm to perform the services.  Based on the results of our selection process, we have now entered into contract negotiations with Veo Ride, Inc.

A debriefing session is available to all companies that submit a proposal as a prime consultant in response to a solicitation for request for proposals.  If Pheenix USH, LLC dba Spin, would like a debriefing session, a request must be submitted within thirty days following the contract award.  Requests for a debriefing session for Department of Public Service RFPs are to be emailed to capitalprojects@columbus.gov with the subject line "Debriefing Request".  The email is to also state the project name for which the debriefing session is requested.  Public Service will respond to the request within ten days with the date, time, and location of the session.

Please accept our sincere appreciation for your interest, time, and effort invested on our behalf.

Sincerely,

*Steven J. Wentzel*

Steven J. Wentzel
Deputy Director

SW/jr

