**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **PHEENIX USH LLC D/B/A SPIN,** | : | Case No. 2:24-cv-4290 |
| Plaintiff, | : | **Judge Michael H. Watson** |
| v. | : | **Magistrate Judge Chelsey M. Vascura** |
| **THE CITY OF COLUMBUS, OHIO,** *et al.*, | : | |
| Defendants. | : | |

## STIPULATED EXTENSION OF TIME TO MOVE OR PLEAD

Pursuant to S.D. Ohio Civ. R. 6.1, the Parties hereby stipulate to a 21-day extension of time for Defendants to respond to Plaintiff's Verified Complaint [ECF No. 9]. Defendants' new responsive pleading date shall be **January 31, 2025**. This is Defendants' first stipulated extension of time, and the extension does not exceed 21 days.

Respectfully submitted,

*/s/Yazan S. Ashrawi*
Yazan S. Ashrawi (0089565) *trial attorney*
Stephen P. Withee (0069176)
FROST BROWN TODD LLP
10 W. Broad Street, Suite 2300
Columbus, OH  43215
Telephone: (614) 464-1211
Facsimile:  (614) 464-1737
Email: yashrawi@fbtlaw.com
swithee@fbtlaw.com

*Attorneys for Defendants*

*/s/ John B. Kopf*
Michael Klebanov (*motion for pro hac vice admission forthcoming*)
**HUSCH BLACKWELL LLP**
1801 Pennsylvania Ave., NW
Suite 1000
Washington, D.C. 20006-3606
Telephone: 202.378.2363
Fax: 202.378.2319
Michael.Klebanov@huschblackwell.com

John B. Kopf (0075060)
*Trial Attorney*
Todd M. Seaman (0090839)
**THOMPSON HINE LLP**
41 South High Street, Suite 1700
Columbus, Ohio 43215
Telephone: 614.469.3200
Fax: 614.469.3361 (fax)
John.Kopf@ThompsonHine.com
Todd.Seaman@ThompsonHine.com

*Attorneys for Plaintiff*
*Pheenix USH LLC d/b/a Spin*

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of December 2024, I electronically filed the foregoing Stipulated Extension of Time to Move or Plead with the U.S. District Court, Southern District of Ohio, Eastern Division by using the CM/ECF system.

*/s/Yazan S. Ashrawi*
Yazan S. Ashrawi

0127727.0798390  4913-8852-1995v1