**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **PHEENIX USH LLC D/B/A SPIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:24-cv-4290 |
| v. ) | |
| ) | Judge Michael H. Watson |
| **CITY OF COLUMBUS,** *et al.,* ) | Magistrate Judge Chelsey M. Vascura |
| ) | |
| Defendants ) | |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, by and through the undersigned counsel, hereby jointly move this Court for an Order dismissing this action with prejudice, with each party to bear its own attorney's fees and costs. An agreed proposed order granting the requested dismissal is being submitted concurrently herewith.

Respectfully submitted,

| | |
|---|---|
| */s/ Todd M. Seaman* | */s/ Yazan S. Ashrawi* |
| Michael Klebanov (pro hac vice) | Yazan S. Ashrawi (0089565) |
| HUSCH BLACKWELL LLP | Stephen P. Withee (0069176) |
| 1801 Pennsylvania Ave., NW Suite 1000 | FROST BROWN TODD LLP |
| Washington, D.C. 20006-3606 | 10 West Broad Street, Suite 2300 |
| Telephone: 202.378.2363 | Columbus, OH 43215 |
| Fax: 202.378.2319 | (614) 464-1211 / (614) 464-1737 (fax) |
| Michael.Klebanov@huschblackwell.com | yashrawi@fbtlaw.com |
| | swithee@fbtlaw.com |
| John B. Kopf (0075060) | |
| Todd M. Seaman (0090839) | Joshua M. Cartee (0095526) |
| THOMPSON HINE LLP | Assistant City Attorney, General Counsel Section |
| 41 South High Street, Suite 1700 | City of Columbus, Department of Law |
| Columbus, Ohio 43215 | 77 N. Frost Street |
| Telephone: 614.469.3200 | Columbus, OH 43215 |
| Fax: 614.469.3361 (fax) | (614) 645-5395 |
| John.Kopf@ThompsonHine.com | JMCartee@columbus.gov |
| Todd.Seaman@ThompsonHine.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 21, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                */s/ Todd M. Seaman*
                                Todd M. Seaman